NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RAMIREZ CONSTRUCTION INC., a California corporation; JOSE LUIS RAMIREZ, an individual; and SYLVIA RAMIREZ, an individual, and DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NUMBER<br><br>CV 08-07107 GAF(SSx)<br><br>JUDGMENT AND PERMANENT INJUNCTION<br><br><br>DATE: January 11, 2010<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 740<br>        Roybal Federal Bldg.<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

The Defendants, RAMIREZ CONSTRUCTION INC., a California corporation; JOSE LUIS RAMIREZ, an individual; and SILVIA RAMIREZ, an individual were served with process; failed to appear and answer the Plaintiff's First Amended Complaint, and the default of each Defendant has been entered.

RAMIREZ CONSTRUCTION, JOSE LUIS RAMIREZ, and SILVIA RAMIREZ are not infants, or incompetent persons, and the Soldiers and Sailor's

-1-

Relief Act of 1940, now, the Servicemembers Civil Relief Act of 2003 is not applicable to this suit or to the Defendants.

The issues of the amount of damages and whether or not there is sufficient evidence to support the issuance of a Judgment and Permanent Injunction were submitted to the Court by motion supported by Declarations.

Based upon the Motion for Default Judgment, and for Permanent Injunction, the Declarations submitted, Memorandum of Points and Authorities, and all other records and documents on file;

IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

1.  Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA; (hereinafter collectively "TRUST FUNDS"), and against RAMIREZ CONSTRUCTION INC., a California corporation; JOSE LUIS RAMIREZ, an individual; and SILVIA RAMIREZ, an individual, for $6,033.42 in attorney's fees, and $547.57 for costs of suit, for a total Judgment sum of 6,580.99.

//
//

2. The money judgment entered in this action is based upon known delinquencies incurred by Defendants during the period from September 15, 2007 through October 2009. The audits of EMPLOYER'S records covered the period through September 30, 2009 only; therefore, as to the judgment period for October 2009, entry of the money judgment in this action shall not be or operate as a bar and/or res judicata as to either the amount of delinquencies which may be discovered by any subsequent audit conducted by Plaintiff and/or the TRUST FUNDS' representatives and/or which may be disclosed through claims by employees, and in any action brought to recover the subsequently disclosed delinquencies for October 2009.

3. IT IS FURTHER ORDERED ADJUDGED AND DECREED, JOSE LUIS RAMIREZ, and SILVIA RAMIREZ, and RAMIREZ CONSTRUCTION, INC. and its managing officers, managing employees, successors, agents, and all other acting in active concert or participation with them, are required to:

> Deliver, or cause to be delivered, to the offices of the Construction Laborers Trust Funds for Southern California no later than 4:30 p.m., on the 20th day of each month for the remainder of the time the collective bargaining agreement remains in effect commencing with the **February, 2010** contribution report, the following items:
>
> (i) A complete, truthful, and accurate "Employers Monthly Report to Trustees", covering all hours worked by employees or paid to the employees of EMPLOYER covered under the terms of the Collective Bargaining Agreement with the Southern California District Council of Laborers;

−3−

#176026 v1 - PROPOSED JUDGMENT.wpd

(ii)   A Cashier's check or certified check for the full amount shown as owing by said report payable to the Construction Laborers Trust Funds for Southern California.

**THE FAILURE OF EMPLOYER TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR CONTEMPT OF COURT.**

DATED: February 3, 2010

_____
GARY A. FEESS, JUDGE OF THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#176026 v1 - PROPOSED JUDGMENT.wpd