ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMIREZ CONSTRUCTION INC., a California corporation; JOSE LUIS RAMIREZ, an individual; and SYLVIA RAMIREZ, an individual, and DOE 1 through DOE 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NUMBER<br><br>CV 08-07107 GAF(SSx)<br><br>ORDER TO SHOW CAUSE RE CONTEMPT<br><br>DATE:　　December 6, 2010<br>TIME:　　9:30 a.m.<br>PLACE:　COURTROOM 740,<br>　　　　　ROYBAL FEDERAL BLDG.<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA |

　　　Upon review of Plaintiffs' application seeking an Order requiring Defendants, RAMIREZ CONSTRUCTION INC., a California corporation ("EMPLOYER"); JOSE LUIS RAMIREZ ("J. RAMIREZ"); and SYLVIA RAMIREZ, (S. RAMIREZ) to show cause why they should not be adjudged in civil contempt for failing and refusing to obey this

-1-

Court's Memorandum and Order regarding Plaintiff's Motion for Default Judgment entered on January 26, 2010, and the Court's Judgment and Permanent Injunction issued on February 4, 2010, requiring Defendants to submit timely, paid, accurate monthly reports to Plaintiffs, as required by the collective bargaining agreement to which Defendants are obligated and it appearing to the Court that good cause exists for the issuance of the Order, therefor,

IT IS HEREBY ORDERED THAT:

1.  Defendants, RAMIREZ CONSTRUCTION INC., through its responsible managing officer and president, J. RAMIREZ, J. RAMIREZ and S. RAMIREZ, will appear before the above-entitled Court, on December 6, 2010, at 9:30 a.m., in Courtroom 740 of the United States Courthouse located at the Edward R. Roybal Center and Federal Building, 255 E. Temple Street, Los Angeles, California 90012, and show cause, if any, why an order should not be entered adjudging EMPLOYER, J. RAMIREZ and S. RAMIREZ guilty of failing and refusing to obey this Court's Memorandum and Order regarding Plaintiff's Motion for Default Judgment of January 26, 2010, and the Court's Judgment and Permanent Injunction issued on February 4, 2010.

2.  Service of a copy of this Order and of the Application upon which the Order is based shall be made by mail to Defendants, EMPLOYER, J. RAMIREZ and S. RAMIREZ at least five (5) days prior to the hearing.

DATED: November 12, 2010

_____
GARY A. FEESS, Judge of the
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA